F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 4 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01331-BNB
(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

EDWARD DeGREAT,

    Plaintiff,

v.

GRAYSON J. ROBINSON, Sheriff of Arapahoe Dent. [sic] Facility,
GLOBA TEL-LINK PHONE COMMUNICATIONS & INC.,
GLOBA TEL-LINK EMPLOYEE JUSTINE HENAULT,
AURORA POLICE DETECTIVE NATHAN MEIER, and
THE STATE OF COLORADO ARAPAHOE DISTRICT ATTORNEY,

    Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner Complaint, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a Motion for Official Service of Process, a Motion for Appointment of Counsel and a Letter. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   _X_   is missing certified copy of prisoner's trust fund statement for the 6-month

|      |     | |
|------|-----|---|
| (4)  | ___ | is missing certificate showing current balance in prison account |
| (5)  | ___ | is missing required financial information |
| (6)  | ___ | is missing an original signature by the prisoner |
| (7)  | ___ | is not on proper form (must use the court's current form) |
| (8)  | ___ | names in caption do not match names in caption of complaint, petition or habeas application |
| (9)  | ___ | An original and a copy have not been received by the court. Only an original has been received. |
| (10) | X   | other: <u>Account statement is necessary only if $350.00 filing fee is not paid in advance.</u> |

Preceded by line: "period immediately preceding this filing"

**Complaint, Petition or Application:**

| | | |
|------|-----|---|
| (11) | ___ | is not submitted |
| (12) | ___ | is not on proper form (must use the court's current form) |
| (13) | ___ | is missing an original signature by the prisoner |
| (14) | ___ | is missing page nos. ___ |
| (15) | ___ | uses et al. instead of listing all parties in caption |
| (16) | ___ | An original and a copy have not been received by the court. Only an original has been received. |
| (17) | ___ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) | ___ | names in caption do not match names in text |
| (19) | ___ | other _____ |

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED May 24, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01331-BNB

Edward Degreat
Prisoner No. 152150
Limon Correctional Facility
49030 Colorado 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on May 24, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk